UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00458 ERW |
| ) | |
| RALPH H. SCHWARTZ, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge [doc. #40] Mary Ann L. Medler, pursuant to 28 U.S.C. § 636(b)(1). The Report recommends that Motion of Defendant to Suppress Evidence [doc. #28] and Motion to Suppress Statements [doc. #29] be denied. The Court notes that no objections were filed to the Report and Recommendation. The Court concludes that the Magistrate Judge's findings were correct, and therefore adopts the Magistrate Judge's findings of facts and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that Motion to Defendant to Suppress Evidence [doc. #28] is **DENIED.**

**IT IS FURTHER ORDERED** that Motion to Suppress Statements [doc. #29] is **DENIED.**

Dated this 7th Day of October, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE